IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

STEVEN STANFIELD,

       Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

       Defendant.

3:10-cv-658-MA

SUPPLEMENTAL JUDGMENT

    Based on the stipulation (#19) of the parties, and the order filed herewith, attorney fees in the amount of $4,503.49 are awarded to plaintiff's attorney, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.  This EAJA award is subject to any offset allowed under the Treasury Offset Program, <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521, 2527-28 (2010).  The Commissioner shall mail the check to plaintiff's attorney, Tim Wilborn, P. O. Box 2768, Oregon City, OR 97045.

    IT IS ORDERED.

    DATED this  19  day of September, 2011.

                                      /s/ Malcolm F. Marsh
                                      Malcolm F. Marsh
                                      United States District Judge

1 - SUPPLEMENTAL JUDGMENT