WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**STEVEN STANFIELD,**                                         Case No. 3:10-cv-658-MA

  Plaintiff,

vs.                                                                              ORDER

**COMMISSIONER of Social Security,**

  Defendant.

Reasonable attorney fees in the amount of $15,424.77 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). Plaintiff's attorney did not receive any EAJA fee in this case, as it was confiscated to pay the claimant's debt. Therefore, the agency is directed to send the entire fee of $15,424.77 to Plaintiff's attorney at his current address shown above.

DATED this 7 day of January, 2013.

_____
United States District Judge

Presented by:
s/ Tim Wilborn, OSB # 944644
(702) 240-0184
  Attorney for Plaintiff

ORDER - Page 1